■ ROBERT GIVAN et al., Respondents, v ROBERT A. MAKIN et al., Appellants. [982 NYS2d 633]—

Appeal from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered April 1, 2013. The order denied the motion of defendants to vacate a default judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendants appeal from an order denying their motion to vacate a default judgment entered against them. We note that defendants' contention that the default was prematurely entered during a 30-day stay within which defendants were to obtain new counsel was raised for the first time in their reply papers in Supreme Court, and thus that contention was not properly before the court (see Mikulski v Battaglia, 112 AD3d 1355, 1356 [2013]; Zolfaghari v Hughes Network Sys., LLC, 99 AD3d 1234, 1235 [2012], lv denied 20 NY3d 861 [2013]; Dannasch v Bifulco, 184 AD2d 415, 417 [1992]). We reject defendants' further contention that the court abused its discretion in denying their motion on the grounds that they failed to offer a reasonable excuse for missing a court conference and failed to establish a meritorious defense in their initial motion papers. "[E]ven assuming that [defendants'] nonappearance at the conference was excusable . . . , [we conclude that] their belated attempt in reply papers to establish a meritorious defense was inadequate" (Contractors Cas. & Sur. Co. v 535 Broadhollow Realty, 276 AD2d 737, 738 [2000]). Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ.

■ In the Matter of the Foreclosure of 2009 Tax Liens by Proceedings In Rem Pursuant to Article 11 of the Real Property Tax Law by LEWIS COUNTY, Respondent. NIAGARA MOHAWK POWER CORPORATION, Doing Business as NATIONAL GRID, Appellant. [982 NYS2d 422]—Appeal from an amended order of the Supreme Court, Lewis County (Charles C. Merrell, A.J.), entered October 18, 2012 in a proceeding pursuant to RPTL article 11. The amended order, among other things, denied respondent's motion to vacate in part a default judgment.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Sconiers and Valentino, JJ.